**LENORE MACDONALD v. DUGALD MACDONALD**

18 So. (2nd) 541        June Term, 1944
June 16, 1944        En Banc
Rehearing denied July 11, 1944

*Wm. M. Taliaferro* and *Arthur L. Anderson,* for appellant.
*Hampton, Bull & Crom,* for appellee.

PER CURIAM:

Decree affirmed.

BROWN, CHAPMAN, ADAMS and SEBRING, JJ., concur.

BUFORD, C. J., TERRELL and THOMAS, J. J., dissent.

BUFORD, C. J., dissenting:

It appears to me that the decree entered in this cause was without due process and motion to vacate (timely presented) should have been granted.